# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3195
Lower Tribunal No. 2015-CF-009327-A-O

_____

DOUGLAS REED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

October 15, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.


Douglas Reed, Chipley, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED